UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

ANTHONY FRANCIS,

    Plaintiff

v.                                          Civil Action No. 1:19-cv-00434-JAW

KAMAN INDUSTRIAL TECHNOLOGIES,
CORPORATION

    Defendant.

## STIPULATION OF DISMISSAL, WITH PREJUDICE

The parties, through their attorneys, hereby stipulate to the dismissal of this action, with prejudice and without costs or interest to either party, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

Respectfully Submitted,

Date:  March 12, 2020      By:      /s/ Stephen C. Smith
                                                               Stephen C. Smith, Bar #8720
                                                                Lipman & Katz, P.A.
                                                                PO Box 1051
                                                                Augusta, ME 04332-1051
                                                                207-622-3711
                                                                ssmith@lipmankatz.com
                                                                Attorneys for Plaintiff

Date:  March 12, 2020      By:      /s/ John E. Baldacci, Jr.
                                                               John E. Baldacci, Jr., Bar #5773
                                                               Lipman & Katz, P.A.
                                                               PO Box 1051
                                                               Augusta, ME 04332-1051
                                                               207-622-3711
                                                               jbaldacci@lipmankatz.com
                                                               Attorneys for Plaintiff

Date:  March 12, 2020      By:      /s/ Daniel P. Schwarz
                                                              Daniel P. Schwarz (#7498)
                                                               Jackson Lewis, P.C.
                                                               100 International Drive, Suite 363
                                                               Portsmouth, NH 03801
                                                               603-559-2730
                                                               daniel.schwarz@jacksonlewis.com
                                                               Attorneys for Defendant